IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01247-BNB

DAVID L. BURKHART,

Plaintiff,

v.

CITY AND COUNTY OF DENVER ex rel. JOHN HICKENLOOPER,
J. BOLLWAHN, Badge No. P00015, Denver Police Officer,
L. AITKEN, Badge No. P98008, Denver Police Officer,
JOHN DOE # 1, Denver Police Officer, and
JOHN DOE # 2, Denver Police Officer,

Defendants.

## MINUTE ORDER

ORDER ENTERED BY BOYD N. BOLAND

This matter is before the Court on the "Motion to Release Plaintiff from Custody for Violation of 42 U.S.C. § 1983," (Doc. No. 9), filed with the Court on July 14, 2008. Pursuant to the Court's July 10, 2008, Order, Plaintiff is instructed to include all claims and requests for relief in an Amended Complaint. The Motion to Release fails to comply with the July 10, 2008, Order and is denied as inappropriate.

Dated: August 1, 2008

Copies of this Minute Order mailed on August 1, 2008, to the following:

David Burkhart
Prisoner No. 07-16622
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80112

Secretary/Deputy Clerk